FILED
02 AUG -7 PM 3: 34

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KARL E. HOFAMMANN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 01-N-0616-S |
| | ) | |
| MARY JO McALPINE, INC., et al., | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, | ) | |
| | ) | |
| Third Party Defendant. | ) | |
| _____ | ) | |
| | ) | |
| BAPTIST HEALTH SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 01-N-1041-S |
| | ) | |
| MARY JO McALPINE, | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

ENTERED
AUG 0 7 2002

## **MEMORANDUM OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's

25

Report and Recommendation[1] and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the Magistrate Judge as the findings and conclusions of the court. In accordance with the recommendation, the court finds that Baptist Health Systems is entitled to a judgment against McAlpine in the sum of $36,286.83, plus court costs of $164.00.[2]

**DONE** this 6th day of August, 2002.

EDWIN L. NELSON
United States District Judge

---

[1] The court notes that no objection to the Report and Recommendation has been filed by the parties.

[2] According to the civil cost bill submitted by the Circuit Court of Jefferson County upon the removal of the case to this court, the court costs attributable to this action at the time of removal are $164.00.

2